**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ERIC BIKE** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:24cv76-DMB-RP**

**COVETRUS, INC.** **DEFENDANT**

# ORDER

Defendant seeks an unopposed extension of time through May 31, 2024 to respond to the Complaint. The undersigned has reviewed the docket and finds that the requested relief may be granted. It is therefore,

**ORDERED**

that Covetrus, Inc. must respond to Plaintiff's Complaint by May 31, 2024.

SO ORDERED, this the 10th day of May, 2024.

/s/ Roy Percy
United States Magistrate Judge