**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ERIC BIKE** **PLAINTIFF**

**v.** **CASE NO.: 3:24-cv-00076-DMB-RP**

**COVETRUS, INC.** **DEFENDANT**

---

## JOINT MOTION TO RESET TRIAL

---

The Parties require additional time to complete discovery. In order to extend relevant CMO deadlines, the Parties further require a trial continuance. (Order Denying Motion to Extend CMO Deadlines, Doc. 39.) The current setting is in June 2025. (Notice of Setting, Doc. 16.) With this Motion, the Parties jointly move the Court for an order resetting this matter's trial setting for the next available setting in or after October 2025. In support of this request, the Parties respectfully submit this Motion.

1. This matter is currently set for trial on June 9, 2025, with a pre-trial conference set for May 5, 2025. (Notices of Setting, Docs. 16, 17.)

2. The CMO provides that all discovery must be completed by January 6, 2025. (CMO, Doc. 14.) The CMO further provides that all dispositive and *Daubert*-type motions must be filed by January 27, 2025, twenty-one days after the discovery deadline. (*Id*.)

3. The Parties are diligently working their way through written discovery and document production. They, however, need additional time to complete both, as well as depositions and any third-party discovery. The Parties previously moved to extend CMO deadlines, but the Court flagged that the requested extensions would conflict with the current trial setting. (Oder Denying, Doc. 39.) There otherwise were no concerns with the requested extensions.

4. The Parties jointly request that the Court reset trial, and the Parties submit that a trial date of no sooner than October 2025 will provide a sufficient time. The Parties further request that the Court reset any related deadlines or settings accordingly, such as any pretrial conference. The Parties submit that good cause exists for doing so because it would allow them the additional time needed to complete discovery, brief any dispositive and/or *Daubert* motions, and for the Court to consider and rule upon them before trial.

For good cause shown, the Parties ask the Court to grant this Motion and reset trail for the next available setting in or after October 2025. The Parties request any additional relief the Court deems warranted under these circumstances.[1]

Respectfully submitted, this, the 13th day of November 2024.

*/s/ Zachary B. Busey*
**ZACHARY B. BUSEY**
Mississippi Bar No. 103793
zbusey@bakerdonelson.com

**BRIANA J. BUTLER**
Tennessee Bar No. 40566
bbutler@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone

*Counsel for Defendant*

**STEVE WILSON**
Tennessee Bar No. 28460
(*Pro Hac Vice Pending*)
steve@stevewilsonfirm.com
The Steve Wilson Firm

[1] Due to the nature of this Motion, Defendant asks to be relieved of the requirement of submitting a supporting memorandum as mandated by Local Rule 7(b)(4).

5100 Poplar Ave., Ste. 2700
Memphis, TN 38127
(901) 337-1300 – telephone

-and-

*/s/ Matt Gulotta*
**MATT GULOTTA**
Mississippi Bar No. 103528
matt@gulottalaw.net
The Gulotta Firm, PLLC
202 Adams Avenue
Memphis, TN 38103
(901) 213-6648 – telephone

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed this document with the Clerk of the Court using the ECF system, which sent notification of the filing to all counsel of record.

So certified, this, the 13th day of November 2024.

*s/ Zachary B. Busey*
**ZACHARY B. BUSEY**