**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ERIC BIKE** **PLAINTIFF**

**v.** **CASE NO.: 3:24-cv-00076-DMB-RP**

**COVETRUS, INC.** **DEFENDANT**

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, without a Court order, stipulate to and dismiss this action **WITH PREJUDICE**. Each party will bear its own costs and attorney fees.

Respectfully submitted, this, the 9th day of June 2025.

*/s/ Zachary B. Busey*
**ZACHARY B. BUSEY**
Mississippi Bar No. 103793
zbusey@bakerdonelson.com

**BRIANA J. BUTLER**
Tennessee Bar No. 40566
bbutler@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone

*Counsel for Defendant*

*/s/ Steve Wilson*
**STEVE WILSON**
Tennessee Bar No. 28460
(*Admitted Pro Hac Vice*)
steve@stevewilsonfirm.com
The Steve Wilson Firm

5100 Poplar Ave., Ste. 2700
Memphis, TN 38127
(901) 337-1300 – telephone

-and-

**MATT GULOTTA**
Mississippi Bar No. 103528
matt@gulottalaw.net
The Gulotta Firm, PLLC
202 Adams Avenue
Memphis, TN 38103
(901) 213-6648 – telephone

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day filed this document with the Clerk of the Court using the ECF system, which sent notification of the filing to all counsel of record.

So certified, this, the 9th day of June 2025.

*s/ Zachary B. Busey*
**ZACHARY B. BUSEY**